CHAMBERS OF
**ROBERT E. COYLE**
SENIOR JUDGE

September 27, 2004

Hon. Mary M. Lisi, Chair
Judicial Conf. Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Dear Judge Lisi:

In reply to your correspondence of September 3, 2004, please be advised that in answer to your inquiries regarding my 2003 report, I offer the following explanations.

Part VII, page 2, line 24 of my 2003 report, Morgan Stanley Common Stock, was reported on my 2002 report at line 25 as MSDW Common Stock. The name has been changed from MSDW to Morgan Stanley. The stock is the same as referred to in the prior year's report.

Part VII, page 4, line 61, Dodge & Cox Fund, listed on my 2002 report, was inadvertently omitted from my 2003 report. I still own shares in the fund and it should have been included. I have amended my 2003 report to include the Dodge & Cox Fund. I enclose copies of the Amended Report.

If you have further questions, please contact me.

Very truly yours,

ROBERT E. COYLE, Senior Judge
United States District Court

REC:mos

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003  AMENDED

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Coyle, Robert E | 2. Court or Organization Eastern Dist. of Calif., Fresn | 3. Date of Report 4/1/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge, Senior | 5. ReportType (check appropriate type) ○ Nomination,  Date  ○ Initial   ● Annual   ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 1130 O Street, Room 5116 Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The *instructions* accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2004 OCT -8 A 11: 01
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coyle, Robert E | 4/1/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fig orchard, Fresno County, CA | | None | N | W | | | | | |
| 2. 20 Acres Fresno County, CA | | None | M | W | | | | | |
| 3. 1/5 int. prpty. Tulare County, CA | B | Rent | | | Sell | 5/19 | K | D | |
| 4. San Luis Obispo Co., CA | D | Rent | N | W | | | | | |
| 5. Wachovia Securities IRA (name change from Everen) | A | Dividend | O | T | | | | | |
| 6. Cabin, Madera Co., CA | | None | L | W | | | | | |
| 7. Kerman Vineyards (int. in vines), Fresno Co., CA | A | Crops | K | W | | | | | |
| 8. Central Valley Dev. Co. | | None | J | W | | | | | |
| 9. 1/15 int. Agilent Common Stock | | None | | | Sell | 3/27 | J | | |
| 10. 1/15 int. America On Line Common Stock | | None | | | Sell | 2/28 | J | | |
| 11. 1/15 int. Amgen | | None | J | T | Buy | 3/27 | J | | |
| 12. 1/15 int. Bristol Myers | A | Dividend | J | T | | | | | |
| 13. 1/15 int. Cisco Systems | | None | J | T | | | | | |
| 14. 1/15 int. CitiGroup Common Stock | A | Dividend | J | T | | | | | |
| 15. 1/15 int. Dell Common Stock | | None | J | T | Buy | 3/27 | J | | |
| 16. 1/15 int. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 17. 1/15 int. Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 18. 1/15 int. Hewlett Packard Common Stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 4/1/2004 |

## VII INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 1/15 int. Home Depot Common Stock | A | Dividend | | | Sell | 1/31 | J | A | |
| 20. 1/15 int. Intel Common Stock | A | Dividend | J | T | | | | | |
| 21. 1/15 int. Medtronics | A | Dividend | J | T | | | | | |
| 22. 1/15 int. Microsoft Common Stock | A | Dividend | J | T | Buy | 2/28 | J | | |
| 23. 1/15 int. JPMorgan/Chase Co. | A | Dividend | | | Sell | 12/8 | J | A | |
| 24. 1/15 int. Morgan Stanley common stock (formerly MSDW Common Stock) | A | Dividend | J | T | | | | | |
| 25. 1/15 int. MSDWLAF | A | Interest | J | T | | | | | |
| 26. 1/15 int. Pfizer Common Stock | A | Dividend | J | T | Buy | 3/27 | J | | |
| 27. 1/15 int. Target Common Stock | A | Dividend | J | T | | | | | |
| 28. 1/15 int. Tiffany | A | Dividend | J | T | | | | | |
| 29. 1/15 int. Halliburton | A | Dividend | J | T | Buy | 3/27 | J | | |
| 30. 1/15 int. SBC | A | Div. | J | T | Buy | 3/27 | J | | |
| 31. 1/15 int. British Petro | A | Div. | J | T | Buy | 6/30 | J | | |
| 32. 1/9 int. Cisco Common Stock | | None | | | Sell | 11/14 | J | A | |
| 33. 1/9 int. General Electric Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 34. 1/9 int. Intel Common Stock | A | Dividend | | | Sell | 11/13 | J | A | |
| 35. 1/9 int. IBM Common Stock | A | Dividend | | | Sell | 11/13 | J | A | |
| 36. 1/9 int. Microsoft Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |

Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
S = Assessment   T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coyle, Robert E | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. 1/9 int. MSDW Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 38. 1/9 int. Pfizer Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 39. 1/9 int. Amer. Home Prod. Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 40. 1/9 int. Ford Motor Co. | A | Dividend | | | Sell | 11/14 | J | A | |
| 41. 1/9 int. Caterpillar | A | Dividend | | | Sell | 9/12 | J | A | |
| 42. 1/9 int. General Mills | A | Dividend | | | Sell | 11/14 | J | A | |
| 43. 1/9 int. Chicos | | None | | | Sell | 9/12 | J | A | |
| 44. 1/9 int. Circuit City | A | Dividend | | | Sell | 11/13 | J | A | |
| 45. 1/9 int. Con Edison | A | Dividend | | | Sell | 11/14 | J | A | |
| 46. 1/9 int. JP Morgan/Chase | A | Dividend | | | Sell | 9/12 | J | A | |
| 47. 1/9 int. Vaxgen | | None | | | Buy | 1/12 | J | | |
| 48. 1/9 int. Vaxgen | | None | | | Sell | 11/13 | J | A | |
| 49. 1/9 int. Halliburton | A | Dividend | | | Buy | 3/15 | J | | |
| 50. 1/19 int. Halliburton | A | Dividend | | | Sell | 11/13 | J | A | |
| 51. 1/9 int. International Games Tech. | | Dividend | | | Buy | 7/23 | J | | |
| 52. 1/19 int. International Games Tech. | A | Dividend | | | Sell | 11/13 | J | A | |
| 53. 1/9 int. Motorola | A | Dividend | | | Buy | 9/26 | J | | |
| 54. 1/9 int. Motorola | A | Dividend | | | Sell | 11/13 | J | A | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000     L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                     P4 = More than $50,000,000
                                                                              S = Assessment             T = Cash/Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coyle, Robert E | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. 1/9 int. Conagra | A | Dividend | | | Buy | 8/14 | J | | |
| 56. 1/9 int. Conagra | A | Dividend | | | Sell | 11/14 | J | A | |
| 57. 1/9 int. Waste Management | | None | | | Buy | 9/26 | J | | |
| 58. 1/9 int. Waste Management | | None | | | Sell | 11/14 | J | A | |
| 59. 1/9 int. Wash. Mutual | | None | | | Buy | 9/26 | J | | |
| 60. 1/9 int. Wash. Mutual | | None | | | Sell | 11/14 | J | A | |
| 61. 1/9 int. MSDWLAF | A | Interest | J | T | | | | | |
| 62. Royce Total Return Fund | A | Dividend | J | T | | | | | |
| 63. Schwab I (money market acct.) | A | Interest | J | T | | | | | |
| 64. Dodge & Cox Fund | A | Div. | J | T | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less   K  = $15,001-$50,000   L  = $50,001-$100,000   M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,001-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                 P4 = More than $50,000,000
                             Q  = Appraisal   U  = Cost (Real Estate Only)   S  = Assessment   T  = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coyle, Robert E | 4/1/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Numbers 9 through 31 are shares of stock owned by █████ investment club in which █████ 1/15 share.
Numbers 32 through 61 are shares of stock owned by █████ investment club in which █████ 1/9 share and which club was dissolved in December of 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _L/ -/ - O Y_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Signature _____    Date Amended _4 - 2 8 - 0 4_

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Coyle, Robert E | 2. Court or Organization<br><br>Eastern Dist. of Calif., Fresn | 3. Date of Report<br><br>4/1/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge, Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1130 O Street, Room 5116<br>Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR 13 A 9: 5

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Coyle, Robert E | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ⬤ Fig orchard, Fresno County, CA | | None | N | W | | | | | |
| 2. ⬤ 20 Acres Academy, Fresno County, CA | | None | M | W | | | | | |
| 3. ⬤ 1/5 int. prpty. 3 Rivers, Tulare County, CA | B | Rent | | | Sell | 5/19 | K | D | |
| 4. ⬤ Cayucos home, San Luis Obispo Co., CA | D | Rent | N | W | | | | | |
| 5. ⬤ Wachovia Securities IRA (name change from Everen) | A | Dividend | O | T | | | | | |
| 6. ⬤ Cabin, Central Camp, Madera Co., CA | | None | L | W | | | | | |
| 7. ⬤ Kerman Vineyards (int. in vines), Fresno Co., CA | A | Crops | K | W | | | | | |
| 8. ⬤ Central Valley Dev. Co. | | None | J | W | | | | | |
| 9. 1/15 int. Agilent Common Stock | | None | | | Sell | 3/27 | J | | |
| 10. 1/15 int. America On Line Common Stock | | None | | | Sell | 2/28 | J | | |
| 11. 1/15 int. Amgen | | None | J | T | Buy | 3/27 | J | | |
| 12. 1/15 int. Bristol Myers | A | Dividend | J | T | | | | | |
| 13. 1/15 int. Cisco Systems | | None | J | T | | | | | |
| 14. 1/15 int. CitiGroup Common Stock | A | Dividend | J | T | | | | | |
| 15. 1/15 int. Dell Common Stock | | None | J | T | Buy | 3/27 | J | | |
| 16. 1/15 int. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 17. 1/15 int. Harley Davidson Common Stock | A | Dividend | J | T | | | | | |
| 18. 1/15 int. Hewlett Packard Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 1/15 int. Home Depot Common Stock | A | Dividend | | | Sell | 1/31 | J | A | |
| 20. 1/15 int. Intel Common Stock | A | Dividend | J | T | | | | | |
| 21. 1/15 int. Medtronics | A | Dividend | J | T | | | | | |
| 22. 1/15 int. Microsoft Common Stock | A | Dividend | J | T | Buy | 2/28 | J | | |
| 23. 1/15 int. JPMorgan/Chase Co. | A | Dividend | | | Sell | 12/8 | J | A | |
| 24. 1/15 int. Morgan Stanley common stock | A | Dividend | J | T | | | | | |
| 25. 1/15 int. MSDWLAF | A | Interest | J | T | | | | | |
| 26. 1/15 int. Pfizer Common Stock | A | Dividend | J | T | Buy | 3/27 | J | | |
| 27. 1/15 int. Target Common Stock | A | Dividend | J | T | | | | | |
| 28. 1/15 int. Tiffany | A | Dividend | J | T | | | | | |
| 29. 1/15 int. Halliburton | A | Dividend | J | T | Buy | 3/27 | J | | |
| 30. 1/15 int. SBC | A | Div. | J | T | Buy | 3/27 | J | | |
| 31. 1/15 int. British Petro | A | Div. | J | T | Buy | 6/30 | J | | |
| 32. 1/9 int. Cisco Common Stock | | None | | | Sell | 11/14 | J | A | |
| 33. 1/9 int. General Electric Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 34. 1/9 int. Intel Common Stock | A | Dividend | | | Sell | 11/13 | J | A | |
| 35. 1/9 int. IBM Common Stock | A | Dividend | | | Sell | 11/13 | J | A | |
| 36. 1/9 int. Microsoft Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. | 1/9 int. MSDW Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 38. | 1/9 int. Pfizer Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 39. | 1/9 int. Amer. Home Prod. Common Stock | A | Dividend | | | Sell | 11/14 | J | A | |
| 40. | 1/9 int. Ford Motor Co. | A | Dividend | | | Sell | 11/14 | J | A | |
| 41. | 1/9 int. Caterpillar | A | Dividend | | | Sell | 9/12 | J | A | |
| 42. | 1/9 int. General Mills | A | Dividend | | | Sell | 11/14 | J | A | |
| 43. | 1/9 int. Chicos | | None | | | Sell | 9/12 | J | A | |
| 44. | 1/9 int. Circuit City | A | Dividend | | | Sell | 11/13 | J | A | |
| 45. | 1/9 int. Con Edison | A | Dividend | | | Sell | 11/14 | J | A | |
| 46. | 1/9 int. JP Morgan/Chase | A | Dividend | | | Sell | 9/12 | J | A | |
| 47. | 1/9 int. Vaxgen | | None | | | Buy | 1/12 | J | | |
| 48. | 1/9 int. Vaxgen | | None | | | Sell | 11/13 | J | A | |
| 49. | 1/9 int. Halliburton | A | Dividend | | | Buy | 3/15 | J | | |
| 50. | 1/19 int. Halliburton | A | Dividend | | | Sell | 11/13 | J | A | |
| 51. | 1/9 int. International Games Tech. | | Dividend | | | Buy | 7/23 | J | | |
| 52. | 1/19 int. International Games Tech. | A | Dividend | | | Sell | 11/13 | J | A | |
| 53. | 1/9 int. Motorola | A | Dividend | | | Buy | 9/26 | J | | |
| 54. | 1/9 int. Motorola | A | Dividend | | | Sell | 11/13 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. 1/9 int. Conagra | A | Dividend | | | Buy | 8/14 | J | | |
| 56. 1/9 int. Conagra | A | Dividend | | | Sell | 11/14 | J | A | |
| 57. 1/9 int. Waste Management | | None | | | Buy | 9/26 | J | | |
| 58. 1/9 int. Waste Management | | None | | | Sell | 11/14 | J | A | |
| 59. 1/9 int. Wash. Mutual | | None | | | Buy | 9/26 | J | | |
| 60. 1/9 int. Wash. Mutual | | None | | | Sell | 11/14 | J | A | |
| 61. 1/9 int. MSDWLAF | A | Interest | J | T | | | | | |
| 62. Royce Total Return Fund | A | Dividend | J | T | | | | | |
| 63. Schwab I (money market acct.) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Coyle, Robert E | 4/1/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Numbers 9 through 31 are shares of stock owned by ███████ investment club in which she owns a 1/15 share.
Numbers 32 through 61 are shares of stock owned by ███████ investment club in which she owned a 1/9 share and which club was dissolved in December of 2003.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Coyle, Robert E | 4/1/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date 4/1-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544